Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, McLaughlin, Laughlin, Houghton and Scott, JJ. Dissenting memorandum by McLaughlin, J.

McLAUGHLIN, J. (dissenting): I dissent on the ground that the facts stated are insufficient to show that the plaintiff is entitled to recover any specific sum to exceed $25,000, and that there is no evidence to show the value of services rendered beyond that amount. For that reason the attachment should be reduced to $25,000.

In the Matter of Samuel Froman, Deceased.— Motion denied upon condition that, if respondent consents, the case be submitted at the present term, or, if the respondent do not so consent, then upon condition that the appellant have his appeal ready for argument at the October term of this court.

Jose R. Alvarez, Appellant, v. Tomas C. Camargo, Respondent.— Motion denied on condition that the appeal be brought on for argument on June 19, 1908.

The People of the State of New York, Respondent, v. Napoleon P. L. Dotson, Appellant.— Judgment affirmed. No opinion.

The People of the State of New York ex rel. Patrick Shanley, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, and Others, Respondents. (No. 1.) — Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Michael Healey, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. George W. Lyon, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Louis Veltri, an Infant, by John Veltri, His Guardian ad Litem, Appellant, v. F. W. Gesswein Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York ex rel. Joseph A. Wasserman, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.